The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES and LAURA GORMAN, and JESSE and Brigitte McCune, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL CITY HOME LOAN SERVICES, INC.,<br><br>Defendant. | No. CV06-0618<br><br>DECLARATION OF JOAN P. FELDMAN IN SUPPORT OF DEFENDANT NATIONAL CITY HOME LOAN SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT |

I, Joan P. Feldman, declare as follows:

1. I am Secretary of defendant National City Home Loan Services, Inc. I submit this declaration in support of National City Home Loan Services, Inc.'s motion for

DECLARATION OF JOAN P. FELDMAN - 1
(CV06-0618)

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE, SUITE 1900
SEATTLE, WA 98104-4001
TEL 206 292 1994     FAX 206 292 1995

summary judgment on the claims of plaintiffs Charles and Laura Gorman (the "Gormans") and Jesse and Brigitte McCune (the "McCunes") in the above entitled action.

2. I am familiar with the corporate structure of National City Home Loan Services, Inc. and its sole shareholder, National City Bank of Indiana. I am also familiar with National City Bank of Indiana's and National City Home Loan Services, Inc.'s satisfaction of the requirements for operating subsidiaries of national banks, as set out by the Office of the Comptroller of the Currency ("OCC") in 12 C.F.R. § 5.34(e)(5).

3. National City Home Loan Services, Inc. is, and was at the time the Gormans and the McCunes paid the facsimile fees at issue, a wholly owned operating subsidiary of National City Bank of Indiana, which is a national bank chartered under the National Bank Act, 12 U.S.C. § 1 *et seq.*

4. National City Home Loan Services, Inc. is, and was at the time the Gormans and the McCunes paid the facsimile fees at issue, a Delaware corporation in good standing.

5. National City Bank of Indiana provided any notice to the OCC that was required under 12 C.F.R. § 5.34(e).

6. For as long as it has been an operating subsidiary of National City Bank of Indiana, National City Home Loan Services, Inc. has been involved only in those activities which are authorized pursuant to 12 C.F.R. § 5.34(e)(1) for national banks and their operating subsidiaries.

7. National City Home Loan Services, Inc. also does business under the name First Franklin Loan Services.

DECLARATION OF JOAN P. FELDMAN - 2
(CV06-0618)

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE, SUITE 1900
SEATTLE, WA 98104-4001
TEL 206 292 1994   FAX 206 292 1995

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed on *July 20*, 2006.

3

4                                                                *Joan Feldman*
                                                                 Joan P. Feldman

5   Subscribed and sworn to before me
    this *20* day of July, 2006.
6

7   *Marian Roznowski*
8   Notary Public

9

10   COMMONWEALTH OF PENNSYLVANIA
     Notarial Seal
     Marian Roznowski, Notary Public
11   City Of Pittsburgh, Allegheny County
     My Commission Expires Jan. 31, 2008
     Member, Pennsylvania Association Of Notaries
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JOAN P. FELDMAN - 3
(CV06-0618)

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE, SUITE 1900
SEATTLE, WA 98104-4001
TEL 206 292 1994    FAX 206 292 1995